**No. 67651.**—Reliance Int'l Mfg., Ltd. *v.* United States, protests 295777–K, etc. (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of plastic feeders or fountains similar in all material

respects to those the subject of Abstract 67011, the claim of the plaintiff was sustained.